UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD EDWIN KUCH,

    Petitioner,

v.                                                            Case No. 09-12872
                                                           Honorable Patrick J. Duggan

LLOYD RAPELJE,

    Respondent.
_____/

## **JUDGMENT**

On July 21, 2009, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his May 9, 2007 conviction of sodomy in violation of Michigan Compiled Laws § 750.158. On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED WITH PREJUDICE**.

DATE: August 27, 2010                        s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Christopher M. Smith, Esq.
Brad H. Beaver, Esq.
Magistrate Judge Paul J. Komives